AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kleinfeld, Andrew J. | Ninth Circuit | 07/28/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Courthouse Square<br>250 Cushman St. Suite 3-A<br>Fairbanks, Alaska 99701 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | ABA Members Retirement Program, no control |
| 2. | |
| 3. | |

2009 AUG -3 A 10: 03 RECEIVED FINANCIAL DISCLOSURE OFFICE

Kleinfeld, Andrew J.

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 07/28/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | State of Alaska, Permanent Fund Dividend | $1,305.00 |
| 2. 2009 | Metropolitan Life Insurance Co. (Deferred Comp) | $21,936.00 |
| 3. 2009 | Prudential Life Insurance Co. (Deferred Comp) | $20,652.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 2009 | Self employed writer and educational consultant - See Part VIII | |
| 2. 2009 | University of Alaska - Salary | |
| 3. 2009 | State of Alaska - Permanent Fund Dividend | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 07/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 07/28/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Morgan Stanley - Money Mkt Account | A | Dividend | L | T | | | | | |
| 2. Radio Shack Common Stock | A | Dividend | J | T | | | | | |
| 3. DWS Funds | B | Dividend | M | T | | | | | |
| 4. Keogh Plan - Administered by ABA | A | Int./Div. | P1 | T | | | | | |
| 5. Black Rock Total Return Fund | D | Dividend | M | T | | | | | |
| 6. 403(b) Plan w/ ING | D | Int./Div. | N | T | | | | | |
| 7. AT&T Common Stock | B | Dividend | K | T | | | | | |
| 8. Qwest Common Stock | A | Dividend | J | T | | | | | |
| 9. Am Elect Power Common Stock | C | Dividend | L | T | | | | | |
| 10. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 11. Northrop Grumman. Common Stock | C | Dividend | L | T | | | | | |
| 12. Denali State Bank Accounts | A | Interest | N | T | | | | | |
| 13. Morgan Stanley Global Infastructure (Trust #1) | A | Interest | K | T | | | | | |
| 14. U.S. Savings Bond (Trust #1) | D | Interest | M | T | | | | | |
| 15. Morgan Stanley US Govt Securities Tr (Trust #1) | B | Interest | | | Sold | 11/02/09 | L | A | |
| 16. Morgan Stanley Tax Exempt Sec Tr (Trust #1) | C | Interest | L | T | | | | | |
| 17. Franklin Fed Tax Free Inc Fd (Trust #1) | D | Interest | M | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 07/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Franklin Tax Free Tr (Trust #1) | B | Dividend | K | T | | | | | |
| 19. | Met Life - Trust Interests | A | Dividend | J | T | | | | | |
| 20. | Northern Growth Equity Fund (Trust #1) | B | Dividend | M | T | Sold (part) | 10/29/09 | K | A | |
| 21. | Northern Income Equity Fund (Trust #1) | B | Dividend | M | T | | | | | |
| 22. | Northern Int'l Growth Equity Fund (Trust #1) | A | Dividend | K | T | | | | | |
| 23. | AIM Equity Cap Dev Funds | A | Dividend | | | Sold | 03/10/09 | K | A | |
| 24. | AIM Global Small & Mid Cap Growth Fd | A | Dividend | | | Sold | 03/10/09 | K | A | , |
| 25. | Davis NY Venture Fund | A | Dividend | | | Sold | 03/10/09 | K | A | |
| 26. | Allianz CCM Capital Apprec | A | Dividend | | | Sold | 03/10/09 | K | A | |
| 27. | Allianz OCC Target | A | Dividend | | | Sold | 03/10/09 | K | A | |
| 28. | TIAA-CREF Retirement Annuity | E | Int./Div. | M | T | | | | | |
| 29. | Davis Ser Inc Growth Opportunity | A | Dividend | | | Sold | 03/10/09 | J | A | |
| 30. | Evergreen Strategic Muni Bond Fnd | A | Interest | | | Sold | 03/05/09 | K | A | |
| 31. | Symetra-403(b) | D | Interest | | | Closed | 11/12/09 | N | A | Acct transf to Ing |
| 32. | Northern Money Mrt Account (Trust #1) | A | Interest | J | T | | | | | |
| 33. | Transamerica Occidental Life | C | Interest | L | T | | | | | |
| 34. | Transamerica Occidental Life | C | Interest | L | T | | | | | |

1. Income Gain Codes:            A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)       F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                   J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)       N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                 P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes            Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment            T =Cash Market
   (See Column C2)               U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 07/28/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. AK State Housing Fin Corp | B | Interest | K | T | | | | | |
| 36. Kitsap Cnty Wash GO | A | Interest | K | T | | | | | |
| 37. Mat-Su AK Port | B | Interest | K | T | | | | | Name Correction |
| 38. Wells-Evergreen Money Market | A | Interest | J | T | | | | | Name change |
| 39. Fidelity Investments Deferred Comp | A | Interest | J | T | | | | | |
| 40. Fairpoint Communication, Inc stock | A | Dividend | J | T | | | | | |
| 41. First Trust Target Dec 08 | A | Interest | K | T | | | | | |
| 42. First Trust Target May 08 | A | Interest | | | Sold | 08/05/09 | J | A | |
| 43. First Trust Target April 08 | A | Interest | | | Sold | 07/06/09 | K | A | |
| 44. Symetra Invest Serv Cash Acct | A | Interest | J | T | Buy | 04/01/09 | J | | |
| 45. Calamus Growth Fund | A | Dividend | K | T | Buy | 03/10/09 | K | | |
| 46. American Funds Euro Growth Fnd | A | Dividend | K | T | Buy | 03/10/09 | K | | |
| 47. Fairhome Fund | A | Dividend | K | T | Buy | 03/10/09 | K | | |
| 48. First Eagle Sogen | A | Dividend | K | T | Buy | 03/10/09 | K | | |
| 49. Growth Fnd America | A | Dividend | L | T | Buy | 03/10/09 | K | | |
| 50. Janus Perkins Mid CapValue Fd Inv | A | Dividend | K | T | Buy | 03/10/09 | J | | |
| 51. Legg Mason Ptrs Agressive Growth Fd | A | Dividend | L | T | Buy | 03/10/09 | K | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 07/28/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Loomis Sayles Invt Tr Bond Class R | A | Dividend | K | T | Buy | 03/10/09 | J | | |
| 53. PIMCO FDS Pac Invt Mgmt Ser Total Return Fd Instl Cl | A | Dividend | K | T | Buy | 03/10/09 | K | | |
| 54. Vangard Total Stock Mkt Index Fd Inv | A | Dividend | | | Buy | 03/10/09 | K | | |
| 55. | | | | | Sold | 05/14/09 | K | D | |
| 56. Davis NY Venture Fd Inc Cl Y | A | Dividend | L | T | Buy | 5/14/09 | K | | |
| 57. MCF SPDR Gold Tr Gold Shares (Trust #1) | A | Dividend | K | T | Buy | 12/14/09 | K | | Income - appreciation |
| 58. MFO Pimco Fds Pac Invt Mgmt (Trust #1) | A | Dividend | K | T | Buy | 12/15/09 | K | | |
| 59. MFO Vanguard Fixed Inc Secs (Trust #1) | A | Dividend | K | T | Buy | 12/15/09 | K | | |
| 60. MFC Ishares Tr MSCI Emerg Mks (Trust #1) | A | Dividend | K | T | Buy | 10/29/09 | K | | |
| 61. MFB N Funds Stk Index Fd (Trust #1) | A | Dividend | L | T | Buy | 10/29/09 | L | | |
| 62. MFB N Multi Mgr Mid Cap Fd (Trust #1) | A | Dividend | K | T | Buy | 10/29/09 | K | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 07/28/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Various stocks (including Qwest, American Electric, AT&T, Northrup Grumman, Fairpoint, and Verizon) accrue additional shares through dividend reinvestment programs.

Judge Kleinfeld (Person Reporting) is a Co-Trustee of a trust (Trust #1). Northern Trust Bank of Florida is the Co-Trustee. Judge Kleinfeld receives income and has the power to invade principal subject to a standard. The beneficiaries are members of Judge Kleinfeld's ▓▓▓. The descriptions of the assets controlled by the trust are listed in Part VII of the disclosure report, and are followed by a (Trust #1) designation.

In 2009 Person Reporting's ▓▓ received compensation for articles written, research provided, or conferences attended from the University of Alaska, and the Fairbanks Daily News-Miner.

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 07/28/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544